UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHAWN P. STALLINGS,

Plaintiff

v.

ALBERTO RIOS-OCHOA, et al.,

Defendants

Case No.: 3:25-cv-00538-ART-CLB

ORDER

## I. DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court already ordered Plaintiff to update his address. (ECF No. 9). Because a mediation has been scheduled in this case for August 4, 2026, the Court gives Plaintiff an additional 10 days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within 10 days from the date of entry of this order, this case will be subject to dismissal without prejudice.

///

///

///

///

///

///

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Plaintiff file his updated address with the Court within 10 days of the date of this order.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court send a courtesy copy of this order, the screening order dated May 27, 2026 (ECF No. 5) and the Complaint (ECF No. 6) to Plaintiff at High Desert State Prison (*see* ECF No. 15).

DATED THIS 16th day of July 2026.

UNITED STATES MAGISTRATE JUDGE